**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| YUSEF IBRAHIM, | |
| Plaintiff, | Civ. No. 19-5021 (GC) (TJB) |
| v. | |
| DOCTOR FLORA DEFILIPPO, et al., | **MEMORANDUM & ORDER** |
| Defendants. | |

**CASTNER, U.S.D.J.**

Plaintiff is a state prisoner proceeding *pro se* with an amended complaint. On March 3, 2022, Defendant Doctor Flora DeFilippo filed a motion for summary judgment. (*See* ECF 99). Plaintiff was then given an extension of time to file a response to the motion for summary judgment until April 29, 2022. (*See* ECF 105). On April 11, 2022, this matter was reassigned to the undersigned. (*See* ECF 107).

On May 10, 2022, the Court received a letter from Plaintiff inquiring into why he had not received any notification from the Court on his response he claims he filed in opposition to Defendant's motion for summary judgment. (*See* ECF 108). On May 17, 2022, Defendant filed a letter indicating that while she received a copy of Plaintiff's opposition to her motion for summary judgment in the mail, she noted that it had not yet been docketed by the Court. (*See* ECF 109). Defendant attached a copy of what she received from Plaintiff as an exhibit to her letter. (*See* ECF 109-1). To date, the Court has not received a copy of Plaintiff's response in opposition to Defendant's motion for summary judgment *from* Plaintiff.

Before this Court files the attachment to Defendant's letter as Plaintiff's response in opposition to Defendant's motion for summary judgment, Plaintiff shall be afforded a short period of time to confirm that this is the response he wishes to file in response to Defendant's motion.

Accordingly, IT IS on this 23rd day of May, 2022,

ORDERED that Plaintiff shall have twenty-one (21) days in which to file with the Court a letter indicating whether he wishes to have the attachment to Defendant's May 17, 2022 letter filed as his response in opposition to Defendant's motion for summary judgment; and it is further

ORDERED that if Plaintiff does not file a letter within the time allotted, this Court will presume he wishes to have the attachment to Defendant's letter filed as his response in opposition to her motion for summary judgment; and it is further

ORDERED that the Clerk shall serve this memorandum and order along with a copy of Defendant's letter and corresponding exhibit (ECF 109 & 109-1) on Plaintiff by regular U.S. mail.

*Georgette Castner*
GEORGETTE CASTNER
United States District Judge

2