**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| YUSEF IBRAHIM, | : |
| Plaintiff, | : |
| v. | : Civ. No. 19-5021 (GC) (TJB) |
| DOCTOR FLORA DEFILIPPO, et al., | : **MEMORANDUM & ORDER** |
| Defendants. | : |

**CASTNER, U.S.D.J.**

Plaintiff is a state prisoner proceeding *pro se* with an amended civil rights complaint filed pursuant to 42 U.S.C. § 1983. Presently pending before this Court is Defendant Doctor Flora DeFilippo's motion for summary judgment. (*See* ECF 99). Initially, the Court did not receive a response to Defendant's motion from Plaintiff. However, on May 17, 2022, Defendant DeFilippo submitted a letter which indicated that she separately received a copy of Defendant's response to her motion that was never received by the Court. (*See* ECF 109). Defendant also included a copy of the response she received to her summary judgment motion with her letter. (*See* ECF 109-1).

On May 24, 2022, the Court issued an order giving Plaintiff twenty-one (21) days in which to inform the Court whether he wanted the attachment to Defendant's May 17, 2022 letter to be filed as his response in opposition to Defendant's motion for summary judgment. (*See* ECF 110). On May 31, 2022, Plaintiff indicated that he wanted that attachment to serve as his response in opposition to Defendant's motion for summary judgment. (*See* ECF 111).

Accordingly, IT IS on this 9th day of June, 2022,

ORDERED that the Clerk shall file ECF 109-1 as Plaintiff's response in opposition to Defendant DeFilippo's motion for summary judgment in this case; and it is further

ORDERED that Defendant DeFilippo shall have seven (7) days from the date of this Memorandum and Order in which to file a reply brief in support of her motion for summary judgment should she elect to do so; and it is further

ORDERED that the Clerk shall serve this Memorandum and Order on Plaintiff by regular U.S. mail.

*Georgette Castner*
GEORGETTE CASTNER
United States District Judge