**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YUSEF IBRAHIM, | |
| Plaintiff, | Civ. No. 19-5021 (GC) (TJB) |
| v. | |
| DOCTOR FLORA DeFILIPPO, et al., | **MEMORANDUM AND ORDER** |
| Defendants. | |

**CASTNER, District Judge**

Plaintiff, Yusef Ibrahim ("Plaintiff" or "Ibrahim"), is a state prisoner proceeding *pro se* with this civil action. Previously, this Court granted summary judgment to Defendant DeFlippo and marked this case as closed. (*See* ECF 115 & 116). On January 18, 2023, Petitioner filed an application to proceed *in forma pauperis*. (*See* ECF 118). Considering this filing, the Clerk will be ordered to reopen this case so that this application can be analyzed.

Plaintiff's application to proceed *in forma pauperis* will be denied as unnecessary. Indeed, this Court already granted Plaintiff *in forma pauperis* status. (*See* ECF 2). Furthermore, in the event Plaintiff seeks to appeal, his *in forma pauperis* status carries over from the District Court to the Court of Appeals. *See Brandt v. Burns*, 441 F. App'x 924, 927 (3d Cir. 2011) (footnoted omitted) (citing Fed. R. App. P. 24(a)(3)).

Accordingly, IT IS on this 20th day of January, 2023,

ORDERED that the Clerk shall reopen this case so that Plaintiff's application to proceed *in forma pauperis* can be analyzed; and it is further

ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF 118) is denied as unnecessary as Plaintiff already has *in forma pauperis* status; and it is further

ORDERED that the Clerk shall serve this Memorandum and Order on Plaintiff by regular U.S. mail; and it is further

ORDERED that the Clerk shall reclose this case.

*[signature]*
GEORGETTE CASTNER
United States District Judge